SCWC-13-0004061

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

WALTER N. GUITY,
Petitioner/Plaintiff-Appellant,

vs.

NADETH M. GUITY,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0004061; FC-D NO. 10-1-6563)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on April 28, 2015, is hereby rejected.

DATED:  Honolulu, Hawai‘i, June 12, 2015.

Walter N. Guity,                    /s/ Mark E. Recktenwald
petitioner pro se

                                    /s/ Paula A. Nakayama

                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

                                    /s/ Michael D. Wilson